## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| In re: GRACE SHIRI NDIFOR,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br>Case No. 21-16049-TJC |
| NATIONWIDE JUDGMENT RECOVERY, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GRACE SHIRI NDIFOR, aka GRACES NDIFORNJIE, aka GRACE NDIFOR-NIJE, aka GNDIFOR,<br><br>　　　　　　　　　　Defendant. | Adversary No. |

**NATIONWIDE JUDGMENT RECOVERY, INC.'S DISCLOSURE PURSUANT TO LOCAL BANKRUPTCY RULE 7003-2**

Nationwide Judgment Recovery, Inc. ("Nationwide"), Plaintiff, by its undersigned attorney, and pursuant to Local Bankruptcy Rule 7003-2, hereby states that it has no parent company and that no publicly held company owns 10% or more of its stock.

This is the 27th day of December, 2021.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Richard E. Hagerty*
　　　　　　　　　　　　　　　　　　　　Richard E. Hagerty, Bar No. 05646
　　　　　　　　　　　　　　　　　　　　TROUTMAN PEPPER HAMILTON SANDERS LLP
　　　　　　　　　　　　　　　　　　　　401 9th Street, N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　Phone: 202-274-1910
　　　　　　　　　　　　　　　　　　　　Fax: 703-448-6520
　　　　　　　　　　　　　　　　　　　　Email: richard.hagerty@troutman.com

122389630v1

        Jacob R. Franchek (*pro hac vice* admission pending)
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        301 S. College Street, 34th Floor
        Charlotte, NC 28202
        Phone: 704-916-1505
        Email: jacob.franchek@troutman.com

*Counsel for Nationwide Judgment Recovery, Inc.*