# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| In re: GRACE SHIRI NDIFOR,<br><br>                 Debtor. | Chapter 7<br>Case No. 21-16049-TJC |
| NATIONWIDE JUDGMENT RECOVERY, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>GRACE SHIRI NDIFOR, aka GRACES NDIFORNJIE, aka GRACE NDIFOR-NIJE, aka GNDIFOR,<br><br>                 Defendant. | Adversary No. 21-00269-TJC |

## AFFIDAVIT OF SERVICE

Richard E. Hagerty, being first duly sworn, deposes and states as follows:

1. I am counsel of record for the Plaintiff, Nationwide Judgment Recovery, Inc., am over the age of eighteen (18) and competent to testify to the facts set forth in this Affidavit.

2. On December 29, 2021, I caused copies of the Summons and Notice of Pretrial Conference, Complaint with Exhibits, and Nationwide Judgment Recovery, Inc.'s Disclosure Pursuant to Local Bankruptcy Rule 7003-2 to be served on the Defendant, Grace Shiri Ndifor, via U.S. First Class Mail, postage prepaid, at the following address:

> Grace Shiri Ndifor
> 7301 Caledon Court
> Laurel, MD 20707

3. On December 29, 2021, I caused copies of the Summons and Notice of Pretrial Conference, Complaint with Exhibits, and Nationwide Judgment Recovery, Inc.'s Disclosure

Pursuant to Local Bankruptcy Rule 7003-2 to be served on counsel for the Defendant/Debtor, John Douglas Burns, Esq., via U.S. First Class Mail, postage prepaid, at the following address:

>John Douglas Burns, Esq.
>The Burns Law Firm, LLC
>6303 Ivey Lane, Ste. 102
>Greenbelt, MD 20770

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  December 29, 2021       Respectfully submitted

/s/ *Richard E. Hagerty*
Richard E. Hagerty, Bar No. 05646
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, DC 20004
Phone: (202) 274-1910
Fax: (703) 448-6520
E-mail: richard.hagerty@troutman.com

*Counsel for Plaintiff, Nationwide Judgment Recovery, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re: Case No.: **21–16049 – TJC**  Chapter: **7**  Adversary No.: **21–00269**

**Grace Shiri Ndifor**
Debtor

**NATIONWIDE JUDGMENT RECOVERY, INC.,**
Plaintiff

vs.

**Grace Shiri Ndifor**
Defendant

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant:**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Richard E. Hagerty
> Troutman Sanders LLP
> 401 9th Street, N.W.
> Ste. 1000
> Washington, DC 20004

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

2/16/22 at 10:00 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688).

Dated: 12/28/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

December 28th, 2021
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal

Form sumprtrl (rev. 08/18/20)



December 28th, 2021
Clerk of the
United States
Bankruptcy Court

s/ Mark A. Neal